DYLAN M. CARSON (SBN 237721)
AVRIL G. LOVE (SBN 237028)
TUCKER ELLIS & WEST LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409
Email: avril.love@tuckerellis.com

Attorneys for Defendants
ACTAVIS TOTOWA LLC, ACTAVIS INC.,
AND ACTAVIS ELIZABETH LLC
(incorrectly sued as Actavis Elizabeth, Inc.)

ALICIA J. DONAHUE (SBN 117412)
SHOOK HARDY & BACON LLP
333 Bush Street, Suite 600
San Francisco, CA 94104-2828
Telephone: 415.544.1900
Facsimile: 415.391.0281
Email: adonahue@shb.com

Attorneys for Defendants MYLAN INC.,
MYLAN BERTEK PHARMACEUTICALS INC.
(incorrectly sued as Bertek Pharmaceuticals, Inc.)
AND UDL LABORATORIES INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| BETTY McNISH, surviving spouse of Decedent, ROBERT McNISH, KAREN McNISH, ROBERT G. McNISH, DOUGLAS McNISH, TODD McNISH, TAMMY POSTEL, surviving biological children of Decedent, Robert McNish,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS TOTOWA LLC, ACTAVIS, INC., ACTAVIS ELIZABETH, INC., MYLAN, INC., BERTEK PHARMACEUTICALS, INC., UDL LABORATORIES INC., and Does 1 to 100, Inclusive,<br><br>Defendants. | Case No. 1:10-CV-00604-LJO-DLB<br><br>HON. LAWRENCE J. O'NEILL<br><br>**ORDER GRANTING UNOPPOSED JOINT MOTION TO STAY PROCEEDINGS PENDING TRANSFER ORDER OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>Date:         May 10, 2010<br>Time:        8:30 A.M.<br>Courtroom: 4<br><br>*Complaint Filed:      December 18, 2009* |

LaImanage/073021/001031/659465

Considering the Unopposed Joint Notice of Motion and Motion to Stay Proceedings Pending the Transfer Order of the Multidistrict Litigation Court and incorporated Memorandum in Support filed on behalf of Defendants Actavis Totowa LLC, Actavis Inc., Actavis Elizabeth LLC (incorrectly sued as Actavis Elizabeth, Inc.), Mylan Inc., Mylan Bertek Pharmaceuticals Inc. (incorrectly sued as Bertek Pharmaceuticals, Inc.) and UDL Laboratories, Inc. and all other pleadings and argument in this case;

IT IS HEREBY ORDERED THAT the above-captioned proceedings are stayed pending transfer to the multidistrict litigation court in the United States District Court for the Southern District of West Virginia pursuant to the ruling of the Judicial Panel of Multidistrict Litigation.

Dated: April 15, 2010                         /s/ Lawrence J. O'Neill
                                              HONORABLE LAWRENCE J. O'NEILL