A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on May 19, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 04, 2010

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION     MDL No. 1968

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-31)**

On August 13, 2008, the Panel transferred eight civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 571 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 260 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 13, 2008, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**May 19, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION** MDL No. 1968

## SCHEDULE CTO-31 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**             **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  5   10-518             Wayne F. Konczal, et al. v. Actavis Totowa, LLC, et al.

CALIFORNIA EASTERN
  CAE  1   10-604             Betty McNish, et al. v. Actavis Totowa, LLC, et al.

CONNECTICUT
  CT   3   10-513             Eleanor Boemmels v. Actavis Group hf, et al.

MINNESOTA
  MN  0   10-1099            Helen Garry, etc. v. Actavis Totowa, LLC, et al.

MISSOURI EASTERN
  MOE  4   10-571            Roberta M. Steele, etc. v. Actavis Totowa, LLC, et al.

MISSISSIPPI NORTHERN
  MSN  4   10-23             The Estate of Isaac Johnson, Sr. v. Actavis Totowa, LLC, et al.

NEW YORK WESTERN
  NYW  1   10-239            Terry Equils v. Actavis Totowa, LLC, et al.

OHIO NORTHERN
  OHN  1   10-757            James Lunder, et al. v. Actavis Totowa, LLC, et al.
  OHN  4   10-756            Barbara Tacy, et al. v. Actavis Totowa, LLC, et al.

OKLAHOMA WESTERN
  OKW  5   10-269            Kathleen Koehne, etc. v. Actavis Totowa, LLC, et al.

TEXAS NORTHERN
  TXN  3   10-610            Anna Walker, etc. v. Actavis Totowa, LLC, et al.